

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| REPUBLIC WATER COMPANY OF TEXAS, LLC, | § | No. 08-17-00001-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 112th District Court |
| v. | | |
| | § | of Pecos County, Texas |
| MIDDLE PECOS GROUNDWATER CONSERVATION DISTRICT, | § | (TC# P-11956-112-CV) |
| | | |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is the Appellant's motion to extend mediation. The motion is DENIED, and the Court ORDERS this appeal to continue. The appellate timetable suspension is lifted and the Reporter's Record shall now be filed in this Court on or before March 31, 2017. Further, the Court has this day filed the Clerk's Record (1 volume) which was received on February 23, 2017 for the above styled and numbered cause.

IT IS SO ORDERED this 1st day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.